```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
LILY YANGE,                       :
                                  :
                    Plaintiff,    :        19 Civ. 9223(VM)
                                  :
     - against -                  :           ORDER
                                  :
FINCO SERVICES, INC. et al.,      :
                                  :
                    Defendants.   :
---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2020

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the initial case management conference before the Honorable Victor Marrero shall be a teleconference, to take place on Friday, April 3, 2020, at 2:30 p.m. The parties are directed to use the dial-in number 605-313-5111, with access code 418-391.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED:**

Dated:   New York, New York
         2 April 2020

_/s/ Victor Marrero_
Victor Marrero
U.S.D.J.